Dale R. Cockrell
Eric M. Brooks
MOORE, COCKRELL,
GOICOECHEA & JOHNSON, P.C.
P.O. Box 7370
Kalispell, MT 59904-0370
Telephone: (406) 751-6000
Facsimile:  (406) 756-6522
Email: dcockrell@mcgalaw.com
        ebrooks@mcgalaw.com

*Attorneys for Defendants/Third-Party Plaintiffs*
*Uber Technologies, Inc.; Rasier, LLC; and Rasier-MT, LLC*

**IN THE UNITED STATES DISTRICT COURT,**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| TJ YZAGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-MT, LLC, and DOES 1-5,<br><br>Defendants. | Cause No. CV-24-62-BLG-SPW<br><br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-MT, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>TERRELL CLARENCE SEMINOLE,<br><br>Third-Party Defendant. | |

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel of record, pursuant to Rule 41, F.R.Civ.P., that Plaintiff's claims against Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-MT, LLC, in this action have been fully and finally resolved on the merits. Third-Party Defendant Terrell Clarence Seminole has not appeared in this action. Plaintiff and Defendants hereby stipulate to the dismissal of this action with prejudice. Counsel respectfully request the Court's Order dismissing the above-captioned action with prejudice.

A proposed Order of Dismissal with Prejudice is submitted for the Court's consideration.

Dated this 30th day of May, 2025.

| DRIGGS BILLS & DAY, P.C. | MOORE, COCKRELL, GOICOECHEA & JOHNSON, P.C. |
|---|---|
| /s/ Michael N. Driggs<br>Michael N. Driggs<br>Ian P. Gillespie<br>michaeldriggs@advocates.com<br>igillespie@advocates.com<br><br>*Attorneys for Plaintiff* | /s/ Eric M. Brooks<br>Dale R. Cockrell<br>Eric M. Brooks<br>P.O. Box 7370<br>Email: dcockrell@mcgalaw.com<br>        ebrooks@mcgalaw.com<br><br>*Attorneys for Defendants/Third-Party Plaintiffs Uber Technologies, Inc.; Rasier, LLC; and Rasier-MT, LLC* |

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing document was served upon the following individuals by:

| | |
|---|---|
| [X] CM/ECF<br>[ ] U.S. Mail<br>[ ] Federal Express<br>[ ] Hand-Delivery<br>[ ] Facsimile<br>[ ] E-Mail | Michael N. Driggs<br>Ian P. Gillespie<br>DRIGGS, BILLS & DAY, P.C.<br>910 Brooks Street, Suite 103<br>Missoula, MT 59801<br>michaeldriggs@advocates.com<br>igillespie@advocates.com<br><br>*Attorneys for Plaintiff* |
| [ ] CM/ECF<br>[X] U.S. Mail<br>[ ] Federal Express<br>[ ] Hand-Delivery<br>[ ] Facsimile<br>[ ] E-Mail | Terrell Clarence Seminole<br>c/o Dawson County Correctional Facility<br>440 Colorado Boulevard<br>Glendive, MT 59330<br><br>*Third-Party Defendant* |

Dated this 30th day of May, 2025.

/s/ Eric M. Brooks
Eric M. Brooks