IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TJ YZAGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, RASIER-MT, LLC, and DOES 1-5,<br><br>Defendants. | Cause No. CV-24-62-BLG-SPW<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and RASIER-MT, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>TERRELL CLARENCE SEMINOLE,<br><br>Third-Party Defendant. | |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 26) by and between the parties hereto, through their respective counsel of record, that Plaintiff's claims against Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-MT, LLC, have been fully and finally resolved on the merits, where Third-Party

1

Defendant Terrell Seminole has not appeared in this action, and where Plaintiff and Defendants have stipulated to the dismissal of this action with prejudice,

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** with each party to pay their respective costs and attorney fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 30th day of May, 2025.

SUSAN P. WATTERS
United States District Judge